that typewritten records and briefs shall be filed and served on or before January 20, 1961. Cross motions by defendant denied. Memorandum: It appears from the affidavits of plaintiffs' attorney that the motion made at Special Term pursuant to section 1493 of the Civil Practice Act was denied upon the ground that prior order of this court had directed that all papers be filed on or before August 10, 1960. The plaintiffs are relieved of this stricture so that the motion may be renewed before Special Term and decided upon the merits. We, of course, express no opinion upon the merits of such an application.

■ THERESA NICOSIA, Appellant, v. VICTOR DRAPER, Respondent.— Motion to resubmit motion to prosecute as a poor person denied. (See Civ. Prac. Act, § 1493; and also, see, Memorandum filed in *Warner* v. *Kenan* (12 A D 2d 727).

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT F. ECKERT. (DON O. CUMMINGS, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. HENRY LEE HINES. (VINCENT A. ANGE, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. CORNELIUS ASKEW. (CARLO M. PERFETTO, Esq.) (D) RICHARD F. MILLER, Appellant, v. KENNETH WARD, Respondent. (E) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT F. ECKERT. (PHILIP ENGELDER, Esq., in place of DON O. CUMMINGS, Esq.)— [In each action] Order of substitution of attorneys entered.

■ (A) FLORENCE ECHEVARRIA, Plaintiff, v. ANDRES ECHEVARRIA, Defendant. (B) GRAMATAN NATIONAL BANK & TRUST CO. OF BRONXVILLE, Plaintiff, v. GREATER HOPE MISSIONARY BAPTIST CHURCH et al., Defendants. (C) AFDUCKEY MCCONNELL, as Administratrix of FRANK MCCONNELL, Deceased, Appellant, v. NIAGARA MOHAWK POWER CORP., Respondent. (D) In the Matter of LEWIS M. NOVISCKY, Respondent, v. WILLIAM S. HULTS, as COMMISSIONER OF MOTOR VEHICLES, Appellant. (E) JOSEPH PERITORE, Appellant, v. NIAGARA MOHAWK POWER CORP., Respondent.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DEWEY JOHNSON, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD LEIS, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTIS H. BROWN, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. TARPLEY, Appellant.— [In each action] Motion granted and time for argument of appeal enlarged to include January 1961 Term, on condition that appellant's brief is filed and served on or before December 8, 1960. Respondent directed to file and serve brief on or before December 23, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE L. LEWIS and OTIS WILLIAMS, Appellants.— Permission granted to prosecute appeal on certified copy of judgment roll, five typewritten appellants' briefs.— Motion to dismiss appeal granted unless appellants' briefs filed and served on or before December 8, 1960. Respondent directed to file and serve brief on or before December 23, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEVELAND FLEMMING, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SAIIA, Appellant.— In each case, motion to dismiss appeal denied; motion of each appellant granted to extent that appeal may be prosecuted on typewritten papers and Harold J. Boreanaz, Esq., assigned as counsel and otherwise motions denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD R. DENZEL, Appellant.— Motion granted to extent that appeal may be prosecuted on original papers, five typewritten briefs, John M. Tubridy, Esq., assigned as counsel; otherwise motion denied.